No. A–69.  CASTILLE, DISTRICT ATTORNEY, PHILADELPHIA COUNTY *v.* HARRIS ET AL.  C. A. 3d Cir.  Application for recall

and stay of mandate, presented to JUSTICE WHITE, and by him referred to the Court, denied. The temporary stay heretofore entered on July 23, 1987, is vacated and the application for recall and stay is in all respects denied.